STATE OF NORTH CAROLINA v. LLOYD CALVIN ASHE AND HILLARD PRINCE ASHE

No. 7630SC210

(Filed 7 July 1976)

Criminal Law §§ 145, 154— consolidated trial of defendants — two records on appeal — inclusion of unnecessary material — taxing of costs against attorneys

Where attorneys appointed to represent three defendants in an appeal from a consolidated trial of defendants for the same offenses filed two records on appeal instead of one and included unnecessary material in each of the records filed, each attorney will be personally taxed with a portion of the costs. App. R. 9(b)(5).

APPEAL by defendants from *Thornburg, Judge.* Judgments entered 30 October 1975 in Superior Court, CHEROKEE County. Heard in the Court of Appeals 10 June 1976.

*Attorney General Edmisten by Associate Attorney General David S. Crump.*

*McKeever, Edwards, Davis & Hays by Franklin R. Plummer for defendant appellants.*

PARKER, Judge.

This appeal is from the same trial as is reported in *State v. Bryson,* 30 N.C. App. 71, 226 S.E. 2d 392 (Case No.

7630SC192, opinion filed contemporaneously herewith.) De-
fendants raise the same questions for review as are presented
in *State v. Bryson, supra.* For the reasons stated in the opinion
in that case, we find no error.

Because of the filing of an unnecessary record on appeal
and because unnecessary matter was included in the records
filed, counsel for defendants will be personally taxed with a
portion of the costs. Rule 9 (b) (5) of the North Carolina Rules
of Appellate Procedure; *State v. Bryson, supra.*

No error.

Chief Judge BROCK and Judge ARNOLD concur.